ALICE M. CAMPBELL and FLORENCE E. CAMPBELL, Appellants, v. BERNARD A. GRAY and Others, Respondents.— Judgment affirmed, without costs of this appeal to any party. All concur. (The judgment determines plaintiffs to be owners of only one-half of the stock in the Dexter Sulphite Pulp & Paper Co., formerly owned by their husbands, in an action for a declaratory judgment and an accounting.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

MILDRED FARMER, Respondent, v. J. GORDON WITMER and ARTHUR R. MIDDLE-TON, Appellants.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $2,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly and, as so modified, is, together with the order, affirmed, without costs of this appeal to any party. All concur. (The judgment is for plaintiff in an action for damages for malicious prosecution. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Petition of the CITY OF ROCHESTER, under Section 91 of the Railroad Law, for a Reconstruction in the Existing Structures of the Lehigh Valley Railroad and Erie Railroad at River Boulevard in the City of Rochester. (Case No. 9169.) — Order affirmed, with costs. All concur. (The order directs the relocation of a highway.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.